HUESTON HENNIGAN LLP
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Rajan S. Trehan, State Bar No. 302242
rtrejan@hueston.com
Christina V. Rayburn, State Bar No. 255467
crayburn@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiffs
UMG Recordings, Inc., Capitol Records, LLC and Sony Music Entertainment

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SUBPOENA to LIGHTSPEED VENTURE PARTNERS, | Case No. 3:26-mc-80289<br>Hon. Magistrate Judge Thomas S. Hixson |
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | (Underlying Case Pending in U.S. District Court for the District of Massachusetts: UMG Recordings, Inc. v. Suno, Inc., Civil Action No. 1:24-cv-11611-FDS)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) ; ORDER** |

I, Mariah Rivera, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment ("Plaintiffs") in the above-entitled action. My local co-counsel in this case is Moez M. Kaba, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local counsel's bar number is 257456.

My address of record: 1 Little West 12th Street, New York, NY 10014

My telephone number: (646) 930-4046

My email address: mrivera@hueston.com

Local counsel's address of record: 523 West 6th Street, Suite 400, Los Angeles, CA 90014

Local counsel's telephone number: (213) 788-4340

Local counsel's email address: mkaba@hueston.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 5681556.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted *pro hac vice* admission by the Court one time in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2026

Mariah Rivera

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

**IT IS HEREBY ORDERED THAT** the application of Mariah Rivera is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 2, 2026

UNITED STATES MAGISTRATE JUDGE