**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re SUBPOENA to LIGHTSPEED VENTURE PARTNERS | MBD No. 1:26-mc-91532-FDS |
| UMG RECORDINGS, INC.; CAPITOL RECORDS, LLC; SONY MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; ATLANTIC RECORDS GROUP LLC; RHINO ENTERTAINMENT LLC; THE ALL BLACKS U.S.A. INC.; WARNER MUSIC INTERNATIONAL SERVICES LIMITED; and WARNER RECORDS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | (Underlying case pending as Civil Action No. 1:24-cv-11611-FDS) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Respondents Capitol Records, LLC; Sony Music Entertainment, and UMG Recordings Inc. in the above-captioned case.

Respectfully submitted,

*/s/ Alexandra Arnold*

Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: October 9, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, this document was filed through the ECF system. It will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

*/s/ Alexandra Arnold*
Alexandra Arnold