**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re SUBPOENA to LIGHTSPEED VENTURE PARTNERS,<br><br>UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br>vs.<br><br>SUNO, INC., and JOHN DOES 1-10,<br><br>Defendant. | Case No. 1:26-mc-91532-FDS<br><br>Hon. District Judge F. Dennis Saylor IV<br><br>(Underlying Case Pending in U.S. District Court for the District of Massachusetts: *UMG Recordings, Inc. v. Suno, Inc.*, Civil Action No. 1:24-cv-11611-FDS)<br><br>**MOTION TO SET REMAINING BRIEFING SCHEDULE FOR MOTION TO QUASH** |

UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment (collectively, "Plaintiffs") and non-party Lightspeed Management Company, L.L.C. d/b/a Lightspeed Venture Partners ("Lightspeed," and together with Plaintiffs, the "Parties") jointly move this Court for an order setting the remaining briefing schedule for Lightspeed's motion to quash. As grounds, the Parties state as follows:

1. On August 24, 2026, Plaintiffs served a subpoena requesting a deposition and the production of documents on Lightspeed in connection with *UMG Recordings, Inc. v. Suno, Inc.*, No. 1:24-cv-11611-FDS, which is pending in this Court.

2. On September 16, 2026, Lightspeed filed a motion to quash the subpoena (Dkt. No. 1) (the "Motion") in the United States District Court for the Northern District of California, and that miscellaneous action was docketed as *In re Subpoena to Lightspeed Venture Partners*, No. 3:26-mc-80289-TSH (N.D. Cal.).

3. On October 1, 2026, the Parties filed a joint statement in which Lightspeed consented to transfer of the Motion to this Court (Dkt. No. 11), and the action was transferred in and docketed in this Court on October 5, 2026 (Dkt. No. 15).

4. The Parties have conferred and agree to the following schedule for the remaining briefing on the Motion following transfer:

a. Plaintiffs shall file their opposition to the Motion on or before October 13, 2026.

b. Lightspeed may file a reply on or before October 20, 2026.

5. No Party will be prejudiced by this briefing schedule.

Accordingly, the parties jointly request that the Court set the above schedule for the remaining briefing on the Motion.

Respectfully submitted,

*s/ Alexandra Arnold*
Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, Massachusetts 02110
Telephone: (617) 481-0160
Facsimile: (617) 848-0830
aarnold@clohertysteinberg.com

Moez M. Kaba (to be admitted *pro hac vice*)
Mariah N. Rivera (to be admitted *pro hac vice*)
Alexander R. Perry (to be admitted *pro hac vice*)
**HUESTON HENNIGAN LLP**
1 Little West 12th Street
New York, New York 10014
Telephone: (646) 930-4046
Facsimile: (888) 775-0898
mkaba@hueston.com

*s/ Robin L. Gushman*
Robin L. Gushman (*pro hac vice* forthcoming)
Brittany N. Lovejoy (*pro hac vice* forthcoming)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095
robin.gushman@lw.com
britt.lovejoy@lw.com

*Counsel for Non-Party Lightspeed Management Company, L.L.C. d/b/a Lightspeed Venture Partners*

mrivera@hueston.com
aperry@hueston.com

Christina V. Rayburn (to be admitted
*pro hac vice*)
**HUESTON HENNIGAN LLP**
620 Newport Center Dr., Suite 1300
Newport Beach, California 92660
Telephone: (949) 356-6412
Facsimile: (888) 775-0898
crayburn@hueston.com

Rajan S. Trehan (to be admitted *pro hac vice*)
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
rtrehan@hueston.com

*Counsel for Plaintiffs*