**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

In re SUBPOENA to LIGHTSPEED VENTURE PARTNERS

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Plaintiffs,

v.

SUNO, INC. and JOHN DOES 1-10,

Defendants.

Case No. 1:26-MC-91532

(Underlying Case Pending: *UMG Recordings, Inc. v. Suno, Inc.*, No. 1:24-cv-11611-FDS)

**DECLARATION OF MARIAH RIVERA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NON-PARTY LIGHTSPED MANAGEMENT COMPANY, LLC'S MOTION TO QUASH PLAINTIFFS' SUBPOENA**

I, Mariah Rivera, declare as follows:

1. I am counsel at the law firm of Hueston Hennigan LLP, counsel of record for Plaintiffs in the underlying action. I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would testify competently to such facts under oath.

2. I submit this declaration in support of Plaintiffs' Opposition to Non-Party Lightspeed Management Company, LLC's Motion to Quash Plaintiffs' Subpoena, filed contemporaneously herewith.

3. Plaintiffs served the first subpoena on Lightspeed on May 15, 2025. Lightspeed served objections on June 6, 2025. After conferral, Plaintiffs agreed to narrow the subpoena to the following six categories: documents concerning (1) Plaintiffs' sound recordings; (2) Suno's training data, including Suno's efforts or failure to license it; (3) copyright law in relation to Suno; (4) business risks associated with Suno's training data, its relationship to the music industry, negative publicity, and its ability to raise capital; (5) the market for Suno's service and outputs; and (6) Suno's actual or potential impact on the music industry.

4. Plaintiffs served the second subpoena on Lightspeed on August 20, 2026. Lightspeed served objections on September 8, 2026, refusing to produce any documents or provide any testimony.

5. Plaintiffs met and conferred with Lightspeed on September 11, 2026. During that meet and confer, Plaintiffs expressed a willingness to negotiate a narrowed set of deposition topics. Lightspeed confirmed that it was unwilling to produce documents or a corporate designee, and informed Plaintiffs that it intended to move to quash the subpoena.

6. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of the transcript of the August 26, 2026 discovery conference held before Chief Magistrate Judge Paul G. Levenson.

7. Attached hereto as **Exhibit 2** is a true and correct copy of the Order re Motion to Compel filed in the case captioned *UMG Recordings, Inc. v. Uncharted Labs, Inc., d/b/a udio.com*, 25-mc-80194-KAW (N.D. Cal. Sept. 2, 2025), ECF No. 28.

8. Attached hereto as **Exhibit 3** is a true and correct copy of the document produced in this action bearing Bates number LSVP_00000064.

9. Attached hereto as **Exhibit 4** is a true and correct copy of the document produced in this action bearing Bates number LSVP_00000141.

10. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiffs' narrowed compromise subpoena.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of October 2026, in New York, New York.

/s/ *Mariah Rivera*__________
Mariah Rivera

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on October 13, 2026.

/s/ *Alexandra Arnold*____________
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160