# EXHIBIT 4

**MAY NOT BE EXAMINED WITHOUT COURT ORDER- CONTAINS MATERIAL FROM CONDITIONALLY SEALED RECORD.**