**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re SUBPOENA to LIGHTSPEED VENTURE PARTNERS | Case No. 1:26-MC-91532<br><br>(Underlying Case Pending: *UMG Recordings, Inc. v. Suno, Inc.*, No. 1:24-cv-11611-FDS) |
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR IMPOUNDMENT**

Pursuant to Local Rules 7.1 and 7.2 and Paragraphs 22 and 23 of the Amended Confidentiality Stipulation and Protective Order entered in the underlying case, *UMG Recordings, Inc. v. Suno, Inc.*, No. 1:24-cv-11611-FDS, Dkt. No. 179 ("Protective Order"), Plaintiffs hereby move to impound unredacted versions of the supporting papers for Plaintiffs' Opposition to Non-Party Lightspeed Management Company, LLC's Motion to Quash Plaintiffs' Subpoena. Plaintiffs' supporting papers identified below consist of or contain information designated by Lightspeed as "Highly Confidential—Attorneys' Eyes Only" or by non-parties Institutional Venture Partners ("IVP") or Founder Collective as "Confidential" under the Protective Order.

- Plaintiffs' Opposition to Non-Party Lightspeed Management Company, LLC's Motion to Quash Plaintiffs' Subpoena;

- Exhibits 1, 3, and 4 of the Declaration of Mariah Rivera.

Plaintiffs seek to impound such material to provide Lightspeed, IVP, and Founder Collective with an opportunity to file with the Court a statement supported by good cause that the material should be impounded. *See* Dkt. 180 ¶ 22 ("Within five business days of the filing of the motion to seal, the Designating Party will file with the Court a statement of reasons the confidential material should be sealed that complies with Local Rule 7.2.").

Unredacted copies of Plaintiffs' papers will be sent to the Court via email.

Plaintiffs expressly reserve the right to object to Lightspeed's sealing the designated material.

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160

Dated: October 13, 2026

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Plaintiffs conferred with counsel for Lightspeed regarding appropriate redactions. Lightspeed has indicated it does not oppose this motion.

/s/ *Alexandra Arnold*_____________
Alexandra Arnold

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those identified as non-registered participants on October 13, 2026.

/s/ *Alexandra Arnold*____________
Alexandra Arnold