**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

LIGHTSPEED MANAGEMENT COMPANY, L.L.C.,

Petitioner,

v.

UMG RECORDINGS INC, CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,

Respondents.

Civil Action No. 1:26-mc-91532-FDS

# NOTICE OF APPEARANCE

Please enter the appearance of Shlomo Fellig of Latham & Watkins LLP, 200 Clarendon Street, Boston, MA 02116, as an attorney representing Lightspeed Management Company, L.L.C. in the above-captioned action.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Shlomo Fellig*

Shlomo Fellig (BBO # 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
shlomo.fellig@lw.com

*Counsel for Lightspeed Management Company, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 15, 2026 to those identified as non-registered participants.

*/s/ Shlomo Fellig*
Shlomo Fellig