**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIGHTSPEED MANAGEMENT COMPANY, L.L.C.,<br><br>Petitioner,<br><br>v.<br><br>UMG RECORDINGS INC, CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>Respondents. | Civil Action No. 1:26-mc-91532-FDS |

**UNOPPOSED MOTION FOR BRITTANY N. LOVEJOY AND ROBIN L. GUSHMAN TO APPEAR *PRO HAC VICE***

The undersigned, counsel for Petitioner Lightspeed Management Company, L.L.C.. ("Lightspeed") and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Brittany N. Lovejoy and Robin L. Gushman of Latham & Watkins LLP be permitted to appear as counsel for Lightspeed and practice in this Court *pro hac vice*. The certifications of Atty. Lovejoy and Atty. Gushman are filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: October 15, 2026

Respectfully submitted,

*/s/ Shlomo Fellig*
Shlomo Fellig (BBO# 699643)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
shlomo.fellig@lw.com

*Counsel for Lightspeed Management Company, L.L.C.*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred regarding the relief requested in this motion, and this motion is unopposed.

*/s/ Shlomo Fellig*
Shlomo Fellig

**CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent October 15, 2026 to those identified as non-registered participants.

*/s/ Shlomo Fellig*
Shlomo Fellig