**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIGHTSPEED MANAGEMENT COMPANY, L.L.C.,<br><br>Petitioner,<br><br>v.<br><br>UMG RECORDINGS INC, CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>Respondents. | Civil Action No. 1:26-mc-91532-FDS |

**CERTIFICATION OF ROBIN L. GUSHMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Robin L. Gushman, hereby state as follows:

1. I am a partner at Latham & Watkins LLP, located at 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

2. I have been retained to represent Petitioner Lightspeed Management Company, L.L.C. ("Lightspeed") in the above-captioned action, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the state of California, and before the U.S. District Courts for the Southern District of California, Central District of California, and Northern District of California.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2026

*/s/ Robin L. Gushman*
Robin L. Gushman