**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, and SONY MUSIC ENTERTAINMENT,<br><br>Plaintiffs,<br><br>v.<br><br>SUNO, INC. and JOHN DOES 1-10,<br><br>Defendant. | Civil Action No. 1:26-MC-91532-FDS<br><br>(Underlying Case Pending in U.S. District Court for the District of Massachusetts: *UMG Recordings, Inc. v. Suno, Inc.*, Civil Action No. 1:24-cv-11611-FDS) |

**DECLARATION OF ROBIN L. GUSHMAN IN SUPPORT OF NON-PARTY LIGHTSPEED MANAGEMENT COMPANY, L.L.C.'S REPLY IN SUPPORT OF MOTION TO QUASH PLAINTIFFS' SUBPOENA**

I, Robin L. Gushman, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firm Latham & Watkins LLP. I represent Non-Party Lightspeed Management Company, L.L.C. d/b/a Lightspeed Venture Partners ("Lightspeed") in the above-captioned matter. I have personal knowledge of the facts set forth herein based on my role as counsel to Lightspeed, and I respectfully submit this Declaration in support of Non-Party Lightspeed's Reply in Support of its Motion to Quash the subpoena issued by Plaintiffs UMG Recordings, Inc., Capitol Records, LLC, and Sony Music Entertainment ("Plaintiffs").

2. On August 24, 2026, Plaintiffs issued their second subpoena (the "New Subpoena") on Lightspeed. The subpoena contained the same six document requests as Plaintiffs' first subpoena and set the time period for the requests from November 1, 2024 through the present. The New Subpoena also contained twenty topics for a Rule 30(b)(6) deposition. The time period for these topics was January 1, 2022 through the present.

3. On September 11, 2026, five days before Lightspeed filed its Motion to Quash, the parties met and conferred regarding the New Subpoena. During the meet and confer, Lightspeed informed Plaintiffs that it intended to move to quash the New Subpoena. Lightspeed stated, however, that if Plaintiffs wanted to propose a revised version of the New Subpoena with a significantly narrowed scope, Lightspeed would be willing to consider it. Plaintiffs did not share any such proposal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of October 2026, in San Francisco, CA.

*/s/ Robin L. Gushman*

Robin L. Gushman